# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                              Case No. 4:17-cr-00037-BSM-3

VICTOR JESUS RUBIO-HERNANDEZ                                                         DEFENDANT

## ORDER OF DETENTION

Defendant appeared today with counsel for a bond hearing.

Counsel for Defendant called DEA Agent Ken Bolton. He testified to the underlying investigation and arrest. Defendant originally had a federal warrant out for his arrest in February 2017, the DEA declared him a fugitive March 1, 2017, and he was later arrested in April 2021 after the DEA got a lead on a new address. He testified that Defendant was at that address and surrendered himself after two to three minutes once the police announced themselves.

The Government cross-examined Agent Bolton. On cross, he said Defendant was Mirandized and then admitted he was aware he was a fugitive and fled to Mexico on the day the search warrant was executed in August 2016. Bolton said that Defendant's wife, Jessica Rubio, also admitted they fled to Mexico.

Counsel for Defendant then called Jessica Rubio, Defendant's wife, who would serve as his third-party custodian. She testified that they live together, and Defendant runs a masonry business. On cross, she testified they left for Mexico in August 2016 because they were scared. They lived in Mexico with Defendant's parents and came back to the United States in 2018.

After testimony and argument, the Court finds by a preponderance of the evidence that no conditions or combination of conditions will assure Defendant's appearance at future court

proceedings. Therefore, the Court denies Defendant's Motion for Bond (*Doc.* 125) and orders him detained pending trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 15th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE