UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    CASE NO. 4:17-CR-00037-BSM-3

VICTOR JESUS RUBIO-HERNANDEZ                                          DEFENDANT

**ORDER**

Defendant Victor Jesus Rubio-Hernandez's unopposed motion to continue his February 27, 2023 trial [Doc. No. 148] is granted.  Defense counsel states that additional time is needed for furtherance of plea negotiations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence.  Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to July 24, 2023, at 9:30 a.m. in Courtroom 2D.  The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 24th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE