UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                   Plaintiff

v.                              Case No.: 4:17–cr–00037–BSM

Victor Jesus Rubio–Hernandez                                                          Defendant

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for May 4, 2023, at 01:30 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 10, 2023                      AT THE DIRECTION OF THE COURT
                                                                          TAMMY H. DOWNS, CLERK

                                                                          **By:**   Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas