IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      CASE NO. 4:17-CR-00037-BSM-03

VICTOR JESUS RUBIO-HERNANDEZ                                                 DEFENDANT

## ORDER

Victor Jesus Rubio-Hernandez's pro se motion to reduce sentence [Doc. No. 172] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. This is true because he had one criminal history point, not zero. Additionally, Rubio-Hernandez's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 155 at 3. Because Rubio-Hernandez knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 9th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE